IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:12-cv-00351-BO

| ETHEL MARIE JENKINS, | ) | |
| --- | --- | --- |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER APPROVING 406 (b) FEES |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of | ) | |
| Social Security Administration | ) | |
| | ) | |
| Defendant | ) | |

This matter having come on before the undersigned for approval of counsel fees, and it being made to appear that $11,373.71 is appropriate for payment of plaintiff's counsel, it is hereby ORDERED that plaintiff's counsel receive a fee of $11,373.71 from retroactive benefits for representation in Federal District Court, and that the balance be released to the plaintiff.

This the 6 day of October, 2014.

*Terrence W. Boyle*